**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

UNITED STATES OF AMERICA

v.   CRIMINAL NO: 3:23-CR-69

CHRISTOPHER MOORE

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

**SUPERSEDING INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about August 18, 2022, in the Northern District of Mississippi, CHRISTOPHER MOORE, defendant, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a loaded High Standard, model Sentinel Deluxe .22 caliber revolver, and the firearm was in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**COUNT TWO**

On or about May 19, 2023, in the Northern District of Mississippi, CHRISTOPHER MOORE, defendant, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed two rounds of .22 caliber ammunition manufactured by Winchester Ammunition and Remington, and the ammunition and its component parts were in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE NOTICE

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Sections 922(g) as set forth in Count One of this Indictment, defendant, CHRISTOPHER MOORE, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms, ammunition, and other things possessed or used in violation of the offense. The property to be forfeited includes, but is not limited to, the following:

1. A High Standard model, Sentinel Deluxe .22 caliber revolver,
2. Nine (9) rounds of .22 caliber ammunition seized on August 18, 2022.
3. Two (2) rounds of .22 caliber ammunition seized on May 19, 2023.

If any of the forfeitable property described above, as a result of any act or omission of the defendant(s):

1. Cannot be located upon the exercise of due diligence,
2. Has been transferred or sold to, or deposited with, a third party,
3. Has been placed beyond the jurisdiction of the court,
4. Has substantially diminished in value or,
5. Has been comingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853 (p), incorporated by 28 U.S.C. § 2461 (c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL

/s/ Redacted signature
FOREPERSON

CLAY JOYNER
UNITED STATES ATTORNEY